In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-00047-CV


____________________



MICHAEL GOODALL, Appellant



V.



BEAUMONT HOUSING AUTHORITY, Appellee






On Appeal from the County Court at Law No. 1


Jefferson County, Texas


Trial Cause No. 109867 






MEMORANDUM OPINION


 Michael Goodall filed notice of appeal but failed to file a brief. On December 4,
2008, we notified the parties that the brief had not been filed and warned that failure to file
a brief could result in a dismissal of the appeal for want of prosecution. On January 8, 2009,
we notified the parties that the appeal would be advanced without oral argument. See Tex.
R. App. P. 39.8. In the absence of a brief assigning error, we dismiss the appeal for want of
prosecution. See Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

 APPEAL DISMISSED.

 __________________________________

 CHARLES KREGER

 Justice


Submitted on January 29, 2009 

Opinion Delivered February 5, 2009



Before McKeithen, C.J., Kreger and Horton, JJ.